UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al., ) ) ) ) Plaintiffs, ) ) vs. ) ) PACE CONSTRUCTION CO., LLC, ) ) Defendant. ) | Case No. 4:19 CV 1509 CDP |

## MEMORANDUM AND ORDER TO SHOW CAUSE

Defendant filed a motion to dismiss this action on July 1, 2019, contending that plaintiff has failed to allege sufficient factual detail to meet the requirements of Federal Rule of Civil Procedure 12(b)(6). Plaintiffs have failed and refused to oppose the motion to dismiss, and their time for doing so expired long ago.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall show cause in writing within ten (10) days of the date of this Memorandum and Order to Show Cause why the motion should not be granted in its entirety and this action dismissed for failure to state a claim. Failure to timely respond to this Memorandum and Order to Show Cause will result in the dismissal of this action without further notice from the Court.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of August, 2019.