UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:19 CV 1509 CDP |
| PACE CONSTRUCTION CO., LLC, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

As discussed with counsel during today's scheduling conference,

**IT IS HEREBY ORDERED** that the parties shall file a supplemental joint proposed scheduling plan by no later than **November 8, 2019**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2019.